IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   18 U.S.C. § 117(a)(1) |
| | ) | |
| ISADORE EAGLE BOY | ) | |

**Domestic Assault by a Habitual Offender**

The Grand Jury Charges:

On or about March 29, 2012, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

ISADORE EAGLE BOY

did commit a domestic assault upon Gayle Red Stone, an intimate partner, and at that time ISADORE EAGLE BOY had a final conviction on at least (2) separate prior occasions in Standing Rock Tribal Court for the following offenses that would be, if subject to Federal jurisdiction, an assault against a spouse and intimate partner:

1. Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 11-31482, on January 3, 2011; and

2.   Domestic Abuse, in Standing Rock Tribal Court, Ft. Yates, North Dakota, Criminal Number 10-29756, on October 4, 2010;

In violation of Title 18, United States Code, Section 117(a)(1).

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson


/s/ Timothy Q. Purdon
TIMOTHY Q. PURDON
United States Attorney

GLD:aap